UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

        Plaintiff,        CIV. S-04-2154 GEB PAN

    v.

        ORDER

DEL TACO, INC., et al.,

        Defendants.

—oOo—

    On May 10, 2005, plaintiff filed a "Notice of Motion and Motion to Compel Discovery and Determine the Sufficiency of Defendants' [O]bjection[s]" to plaintiff's interrogatories and document request, pursuant to Fed. R. Civ. P. 37, 33 and 34.  As oral argument is unnecessary to resolve this matter, the hearing scheduled for June 15, 2005, is vacated.

    The court has reviewed the parties' stipulation and separate filings and finds that the meet and confer requirements of E. D. Cal. L. R. 37-251(b) have not been met.

1   Accordingly, plaintiff's motion is denied without
2 prejudice.  Plaintiff may renew the motion after meeting
3 personally with counsel for defendant to attempt to resolve their
4 differences.
5   So ordered.
6   Dated:  June 15, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge