```
 1
 2
 3
 4
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    JAMES SANFORD,                    )
10                                    )     CIV. S-04-2154 GEB PAN
                         Plaintiff,   )
11                                    )
         v.                           )
12                                    )     ORDER
    DEL TACO, INC. dba DEL TACO #115; )
13  PHILIPPE DURAND GORRY,            )
                                      )
14                       Defendants.  )
                                      )
15
```

On June 20, 2005, Plaintiff James Sanford filed a "Request for Reconsideration by the District Court of Magistrate Judge [Nowinski's June 15, 2005] Ruling." In the request, Plaintiff argues "the magistrate [judge]'s conclusion that plaintiff's counsel didn't meet and confer pursuant to Local Rule 37-251(b) was contrary to law" since "[i]t is undisputed that plaintiff's counsel sent two meet and confer letters, it's undisputed that the parties' counsel met and conferred regarding discovery responses every two weeks, and it's undisputed that Magistrate [judge] Nowinski was aware of these facts." (Pl.'s Req. for Recons. at 2.)

However, Defendant Del Taco's counsel, Lisa A. Mathaisel, declares that neither she nor any other member of her law firm has met and conferred with Plaintiff's counsel regarding the discovery

1  disputes in this matter.  (Mathaisel Decl. ¶¶ 2-3.)  Therefore,
2  Plaintiff's request for reconsideration of Magistrate Judge Nowinski's
3  June 15 Order is denied.
4         Further, Ms. Mathaisel requests that the Court award
5  sanctions against Plaintiff and his counsel pursuant to Local Rule
6  11-110, "for Plaintiff's blatant noncompliance with the Local Rules in
7  an amount which the Court deems appropriate."  Local Rule 11-110
8  provides that "Failure of counsel or of a party to comply with these
9  Rules    . . . may be grounds for imposition by the Court of any and
10 all sanctions <u>authorized by statute or Rule or within the inherent
11 power of the Court</u>."  L.R. 11-110 (emphasis added).  Since Ms.
12 Mathaisel has not indicated the precise basis for an award of
13 sanctions, the request for sanctions is denied.
14         IT IS SO ORDERED.
15 Dated:  June 28, 2005

                                  <u>/s/ Garland E. Burrell, Jr.</u>
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge