1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12   JAMES SANFORD,

13                    Plaintiff,            CIV. S-04-2154 GEB PAN

14             v.

15   DEL TACO, INC., et al.,                        ORDER

16                    Defendants.

17                           —o○o—

18        In paragraph 19 of his complaint plaintiff avers that a

19   document attached as Exhibit A is a list of the barriers that

20   denied him access to defendant restaurant and which he seeks to

21   remove.  When defendant requested the identity of the person or

22   persons who prepared the list,[1] plaintiff asserted work product

23   privilege and defendant moves to compel.

24        Defendant's motion is granted for three reasons.  First,

25   plaintiff's counsel refused to participate in the conference

26

         [1]  The list identifies as entry barriers the height of a tow-away sign,
    that it has no phone number, its color, etc.

1  required by Local Rule 37-251(b) and pursuant to Local Rule 37-

2  251(d) the court exercises its discretion in this case to make an

3  order adverse to plaintiff because plaintiff's counsel has not

4  even bothered to offer an excuse for the refusal.  Second, as

5  defendant points out in the moving papers, the federal rules

6  plainly treat the person who prepared the list not as an expert

7  but as a fact witness.  See Advisory Committee Notes, 1970

8  amendments, subdivision (b)(4)--trial preparation, experts.

9  Third, even if the list were treated as a report of a non-

10  testifying expert within the meaning of Fed. R. Civ. P.

11  26(b)(4)(B), plaintiff unequivocally waived any privilege or

12  protection by attaching the list to the complaint.

13         Pursuant to Fed. R. Civ. P. 37(a)(4), I find that

14  plaintiff's opposition to the motion was unjustified and that

15  defendant is entitled to its attorney fees and costs incurred in

16  connection with the motion.

17         So ordered.

18         Dated:  August 4, 2005.

19                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
20                              Magistrate Judge

21

22

23

24

25

26