UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

          Plaintiff,          CIV. S-04-2154 GEB PAN

    v.

                                              ORDER

DEL TACO, INC., et al.,

          Defendants.

—oOo—

On August 5, 2005, the court granted defendant's discovery motion on the merits and found that plaintiff was unjustified in his opposition, thus warranting an award of defendant's reasonable fees and costs. The court's finding depended in part upon defendant's representations that plaintiff refused to participate in the conference required by E. D. Cal. L. R. 37-251(b).[1] Those representations have proven inaccurate.

---

[1] The court relied upon the following statements by defendant:

(1) "Del Taco attempted to meet and confer with Sanford both by telephone and by letter, but received no response. Declaration of Lisa A. Mathaisel ("Mathaisel Decl."), ¶¶ 6, 7, Exhibit 5 attached thereto." Joint Statement re: Discovery Disagreements, at p. 2.

(2) "On June 7, 2005, I prepared and sent a letter to Mr. Sanford's counsel, Lynn Hubbard, requesting a meet and confer teleconference regarding Mr.

See Defendant's Declaration in Support of Fee Award (Docket #34), Plaintiff's Ex Parte Application for Reconsideration (Docket #35), Plaintiff's Declaration in support thereof (Docket #36), and Defendant's Declaration in Opposition to the ex parte application (Docket #37).

Accordingly, I hereby vacate this court's August 5, 2005, award of attorney fees and costs. The remainder of the order, granting the motion to compel plaintiff's response to defendant's Interrogatory No. 19, remains intact.

So ordered.

Dated:   August 17, 2005.

                                              /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge

---

Sanford's responses to the Interrogatories.  A true and correct copy of my June 7, 2005, letter is attached hereto as Exhibit 5.  In the letter, I requested that Mr. Hubbard contact me at his convenience at any time on June 8, 2005, or the afternoon of June 9, 2005. Having not heard from Mr. Hubbard, I placed a call to him on June 10, 2005.  I was put through to his voice mail, where I left him a message requesting that he contact me in order to meet and confer regarding his client's response to the Interrogatories." Declaration of Lisa A. Mathaisel in Support of Joint Statement Regarding Motion to Compel, at ¶¶ 6 and 7.