SCOTT J. FERRELL, Bar No. 202091
LISA A. WEGNER, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Del Taco, Inc. and
Philippe Durand Gorry

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEL TACO, INC. dba DEL TACO #115; PHILIPPE DURAND GORRY; and DOES 1 through 10,<br><br>　　　　Defendant(s). | Case No. CIV S-04-2154 GEB PAN<br><br>**STIPULATION FOR LEAVE TO AMEND DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:　October 14, 2004<br>Trial Date:　　　　January 9, 2007 |

**IT IS HEREBY STIPULATED** by and among Plaintiff James Sanford ("Plaintiff") and Defendants Del Taco, Inc. dba Del Taco #115 and Philippe Durand Gorry (collectively, "Defendants"), by and through their undersigned counsel of record, as follows:

WHEREAS, this matter was originally filed in the United States District Court, Eastern District of California on October 14, 2004;

1  WHEREAS, Defendants filed their answer to the complaint in this matter on November 15, 2004;

2  WHEREAS, Defendants intend to raise the defense that removal of barriers at the restaurant at issue in this matter ("Restaurant") is not "readily achievable";

3  WHEREAS, Plaintiff has taken the position that Defendants are precluded from arguing that removal of any alleged barriers at the Restaurant is not "readily achievable" because they did not formally plead "readily achievable" as an affirmative defense;

4  WHEREAS, although Defendants contend that "readily achievable" need not be pled as an affirmative defense, out of an abundance of caution, on September 2, 2005, they met and conferred with Plaintiff's counsel to determine whether Plaintiff would agree to allow Defendants to amend their answer to include "readily achievable" as an affirmative defense;

5  WHEREAS, the parties stipulate and respectfully request that the Court enter an order granting Defendants leave to amend their answer in this matter, attached as Exhibit A hereto, to include "readily achievable" as an affirmative defense.

**STIPULATION**

**WHEREFORE**, good cause being shown, it is hereby stipulated and agreed that Defendants may file a first amended answer in this matter, attached hereto as Exhibit A.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*[signatures continued on next page]*

| | |
|---|---|
| Dated: September 12, 2005 | CALL, JENSEN & FERRELL<br>A Professional Corporation<br>SCOTT J. FERRELL<br>LISA A. WEGNER<br><br>By: _____<br>        Lisa A. Wegner<br><br>Attorneys for Defendants Del Taco, Inc. and Philippe Durand Gorry |
| Dated: September 12, 2005 | LAW OFFICES OF LYNN HUBBARD<br><br>_____<br>LYNN HUBBARD, III<br>Attorney for Plaintiff |

## **ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' first amended answer in this matter, attached hereto as Exhibit A, is deemed filed as of the date of this order.

DATED: September 12, 2005            /s/ Garland E. Burrell, Jr.
                                                           GARLAND E. BURRELL, JR.
                                                           United States District Judge