IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

       Plaintiff,                        No. CIV S-04-2154 GEB JFM

  vs.

DEL TACO, INC., etc., et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff's motion to compel came on regularly for hearing June 1, 2006. Mark Emmett appeared for plaintiff. Lisa Wegner appeared telephonically for defendants. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of plaintiff and counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

       In light of the fact Del Taco has indemnified Philippe Durand Gorry, plaintiff's motion to compel production further financial information from Mr. Gorry is denied.

       IT IS HEREBY ORDERED that plaintiff's May 9, 2006 motion to compel is denied.

DATED: June 15, 2006.

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE

001; sanford2154.oah