IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES SANFORD, | ) | |
| | ) | 2:04-cv-2154-GEB-PAN(JFM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER* |
| | ) | |
| DEL TACO, INC., d/b/a DEL TACO # 115; PHILIPPE DURAND GORRY, | ) ) ) | |
| Defendants. | ) ) | |

On August 1, 2006, Defendants filed an ex parte application to strike Plaintiff's opposition to their motion for summary judgment and Plaintiff's counter-motion for summary judgment. (Application ("App.") at 2.) Alternatively, Defendants request a continuance of the hearing date on both summary judgment motions and an additional fourteen days to file and serve a reply to Plaintiff's opposition and an opposition to Plaintiff's summary judgment motion. (Id.)

Defendants argue Plaintiff's opposition to their motion for summary judgment, which was filed July 31, 2006, should be stricken because it was not timely filed. (Id. at 3-4.) However, an Order filed July 10, 2006, stated that "[a]ny opposition to the motion for

---

  * This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  summary judgment shall be filed no later than July 31, 2006 . . . ."
2  (Order, July 10, 2006, at 4-5.)  Since Plaintiff filed his opposition
3  by the date specified in that Order, it was not untimely.
4         Defendants also contend Plaintiff's counter-motion for
5  summary judgment should be stricken because it was not timely filed.
6  (App. at 4.)  Under Local Rule 78-230(e), "[a]ny counter-motion or
7  other motion that a party may desire to make that is related to the
8  general subject matter of the original motion shall be served and
9  filed . . . on the date prescribed for the filing of opposition."
10 Since the counter-motion for summary judgment was filed on July 31,
11 2006, the date prescribed for the filing of the opposition, the
12 counter-motion was timely filed if it concerns "the general subject
13 matter of the original motion."  L.R. 78-230(e).  Although Defendants
14 assert "Plaintiff's desire for summary judgment is simply not related
15 to the general subject matter of [their] motion for summary judgment,"
16 Defendants do not explain how the general subject matter of these two
17 motions, both of which concern alleged architectural barriers at a
18 Taco Bell restaurant in Sacramento, differ.  (App. at 4.)
19        Lastly, Defendants argue they cannot "adequately prepare a
20 reply and an opposition and file it prior to the August 7, 2006,
21 hearing," and request the "Court continue the . . . hearing date for
22 three weeks and set the filing deadline for Defendants' reply and
23 opposition papers for August 14, 2006."  (Id. at 5.)  Local Rule 78-
24 230(e) provides that "[i]n the event [a] counter-motion or other
25 related motion is filed, the Court may continue the hearing on the
26 original and all related motions so as to give all parties reasonable
27 opportunity to serve and file oppositions and replies to all pending
28 motions."  Accordingly, the hearing on all pending motions is

continued to September 5, 2006, at 9:00 a.m.[1]  Defendants shall file any reply to Plaintiff's opposition as well as any opposition to Plaintiff's motion for summary judgment no later than August 14, 2006. Plaintiff shall file any reply to Defendants' opposition no later than August 21, 2006.

IT IS SO ORDERED.

Dated:  August 1, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Defendants requested the hearing be continued to August 28, 2006, but that date is not an available law and motion hearing date.

3