1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  SCOTT FERRELL, SBN 202091
   LISA WEGNER, SBN 209917
7  CALL JENSEN & FERRELL
   610 Newport Center Drive, Suite 700
8  Newport Beach, CA 92660
   Telephone: (949) 717-3000
9  Fax: (949) 717-3100

10 Attorneys for Defendants

11

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14 JAMES SANFORD,                    Case No. CIV. S-04-02154-GEB-EFB

15      Plaintiff,

16 v.                                **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

17 DEL TACO, INC. dba DEL TACO #115;
   PHILIPPE DURAND GORRY,
18
        Defendants.
19                                   /

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                    Sanford v. Del Taco, et al.
                                                                         CIV. S-04-02154-GEB-EFB

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, DEL TACO, INC. dba DEL TACO #115; PHILIPPE DURAND GORRY, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: January ____, 2007            LAW OFFICES OF LYNN HUBBARD, III

_____
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January ____, 2007            CALL JENSEN & FERRELL

_____
LISA WEGNER
SCOTT FERRELL
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-02154-GEB-EFB, is hereby dismissed with prejudice.

Dated: January 3, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28